

**PERMANENT RESIDENT CARD**

NAME ALI, ASAD



INS A# 047-701-899
Birthdate
Category   Sex
IR2   M
Country of Birth
Pakistan
CARD EXPIRES 12/11/10
Resident Since 10/26/00



```
C1USA0477018990SRC0105152897<<
7911037M1012116PAK<<<<<<<<<<<0
ALI<<ASAD<<<<<<<<<<<<<<<<<<<<<
```

U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

**PERMANENT RESIDENT CARD**

The person identified by this card is authorized to work and reside in the U.S.

EXHIBIT B

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: 47 701 899

On **5-24-06**, you were interviewed by USCIS officer **Naumeier**

☒ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☒ Please follow the instructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) **X** A decision cannot yet be made about your application. *pending security check*

It is very important that you:

☒ Notify USCIS if you change your address.

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

EXHIBIT C

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning ASAD ALI revealed that a request was received from the United States Citizenship and Immigration Services on 02/14/2006, and is currently in a pending status.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent.

Sincerely,


Michael A. Cannon/dc
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation


**IT IS REQUESTED THAT YOU DO NOT SEND MESSAGES BACK TO THIS EMAIL ACCOUNT NOR PROVIDE THIS EMAIL OUTSIDE OF YOUR OFFICE.**

9/26/2006



EXHIBIT D

The Honorable J. Dennis Hastert
Member of Congress
Attn: David Richmond

This is in response to your inquiry dated August 14, 2006_. The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your constituent, Asad Ali A47 701 899. Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your constituent has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time period it takes for the results to be electronically submitted to USCIS and updated in our national records.

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an explanation directed to the District Director for consideration with supporting evidence. The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

Ruth A. Dorochoff
District Director



EXHIBIT E

The Honorable J. Dennis Hastert
United States Congress
Attn: David Richmond

This is in response to your inquiry dated January 4, 2007. The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your constituent, Asad Ali-A47 701 899. Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your constituent has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time period it takes for the results to be electronically submitted to USCIS and updated in our national records.

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an explanation directed to the District Director for consideration with supporting evidence. The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

Ruth A. Dorochoff
District Director

EXHIBIT F

**J. DENNIS HASTERT**
14TH DISTRICT, ILLINOIS

ENERGY AND COMMERCE
COMMITTEE

SUBCOMMITTEES:
ENERGY AND AIR QUALITY,
RANKING MEMBER
TELECOMMUNICATIONS AND THE INTERNET
COMMERCE, TRADE, AND CONSUMER PROTECTION



# Congress of the United States
## House of Representatives
### Washington, DC 20515-1314

2304 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-1314
(202) 225-2976
FAX: (202) 225-0697

27 NORTH RIVER STREET
BATAVIA, IL 60510
(630) 406-1114
FAX: (630) 406-1808

119 WEST FIRST STREET
DIXON, IL 61021
(815) 288-0680
FAX: (815) 288-0743

www.house.gov/hastert

April 2, 2007

Mr. Asad Ali
1466 Walnut Circle
Carol Stream, Illinois 60188-9073

Dear Mr. Ali,

    We have enclosed a copy of the letter we received from the U.S. Department of Homeland Security, Citizenship and Immigration Service in response to my inquiry on your behalf that you will find self-explanatory.

    If you have not heard from the Immigration Service within 90 days or if you have any questions, please contact me at: 630-406-1114.

Sincerely,

David Richmond
Constituent Relations
J. Dennis Hastert
Member of Congress



EXHIBIT 6

The Honorable J. Dennis Hastert
United States Congress
Attn: David Richmond

This is in response to your inquiry dated March 8, 2007. The United States Citizenship and Immigration Services (USCIS) Chicago District Office is responding to your inquiry regarding the status of your constituent, Asad Ali-A47 701 899. Our information shows that the background investigation conducted by the Federal Bureau of Investigations (FBI) for your constituent has not yet been completed. We may not proceed with the adjudication of the application or petition until the FBI completes their process and our records are updated with the results. It is uncertain the time period it takes for the results to be electronically submitted to USCIS and updated in our national records.

Please be assured that every case that is pending a background investigation is checked weekly for results to keep the adjudication process ongoing and timely. We are allowed to resubmit names pending over 90 days only if the name does not appear in the FBI database after 90 days of submission. If requesting an expedite processing of the background investigation your constituent must provide a written request with an explanation directed to the District Director for consideration with supporting evidence. The FBI will only expedite the processing if your constituent is in the military, an "age-out", diversity (DV) lottery winner meeting the deadline date or for compelling reasons.

Again, it is difficult to predict with accuracy when the clearance will be updated in our records. Please be assured that every effort is being made to render a final decision in a timely manner.

Ruth A. Dorochoff
District Director

To,

The American Embassy

VISA Section,

Islamabad.

Respected Sir/Madam,

That I am a Green Card holder and my interview for American Nationality has been conducted and call for my oath is awaited, though my parents are American Citizens. I got married with Saima Zubair daughter of Ch Zubair Ahmad on 13th November 2005, and we lived happily as spouse. On 3rd April 2007, when I returned back to America and my wife remained living with her parents at District Sheikhupura, my wife was pregnant of three months.
Every thing was going fine when unexpectedly the behaviour and attitude of the parents of my wife changed towards me and my wife, because of some property issues. First of all they terminated all communication links like phone and internet between me and my wife. They severely tortured her and grounded in every possible way. They got my baby aborted forcefully from a local hospital. They did not give her proper food and medication that lead to her severe sickness. My wife was being brutally forced to sign the divorce papers that she never wanted to. She finally got access to call me and told me the whole story. I catched very next flight and came back to Pakistan on 19th August 2007. Finally she got succeeded to come out of her home and we both went to the court to revoke the divorce file work.
Now my in-laws have registered some criminal cases against me like kidnapping etc. They are harassing me and my wife through different ways and because of these circumstances our life is in danger here in Pakistan. I am a green card holder and in this critical situation I want help from my Embassy and if a VISA may kindly be granted to my wife. I want to keep my wife with myself. It is my firm belief that American Government and people always protect human rights of their Citizens and all over the world. I applied for the case of my wife about one and half year back but no call from Embassy is received yet, circumstances are of that kind that it will be really a harmful act to leave my wife alone in Pakistan.

Hopefully me application will be considered somatically. Please help me out as you are my only hope.

Yours Faithfully,
Ali Asad S/O Hamid Ali Nazir
70-B Model Town,
Lahore, Pakistan.
Phone No: 92-42-5834229
Mobile No: 92-302-4445551


EXHIBIT H