IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Asad ALI | ) | |
| A 047-701-899 | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 7115 |
| | ) | |
| Michael B. MUKASEY, et. Al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  U.S. Attorney General
Michael B. MUKASEY
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
**Via Certified Mail**

District Director, USCIS
Ruth Dorochoff
101 West Congress Parkway
Chicago, IL 60605
**Via Certified Mail**

Acting Director of USCIS
Emilio Gonzalez
Office of Chief Counsel
U.S. Dept. of Homeland Security
20 Massachusetts Ave., NW Rm. 4025
Washington, D.C. 20236
**Via Certified Mail**

Secretary of DHS
Michael Chertoff
Office of General Counsel
U.S. Dept. of Homeland Security
Washington, D.C. 20528
**Via Certified Mail**

Director of the F.B.I.
Robert S. Mueller, III
J. Edgar Hoover Building
935 Pennsylvania Ave., NW
Washington, D.C. 20535-0001
**Via Certified Mail**

Assistant U.S. Attorney
Patrick Fitzgerald
Dirksen Federal Building
219 S. Dearborn Street, Fifth Floor
Chicago, IL 60604
**Via Certified Mail**

      PLEASE TAKE NOTICE that on January 7, 2007, Petitioner filed with the United States District Court for the Northern District of Illinois, his Supplemental Exhibit I, Receipt Notice for Form N-400, and Supplemental Exhibit J, Fingerprint Notice for Form N-400.

                                                    s/ Sara E. Herbek
                                                    Sara E. Herbek
                                                    AzulaySeiden Law Group
                                                    205 N. Michigan Avenue, 40th Floor
                                                    Chicago, Illinois 60601
                                                    312.832.9200