Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Receipt | NOTICE DATE: February 08, 2006 |
| CASE TYPE<br>N400 Application For Naturalization | INS A#: A 047 701 899 |
| APPLICATION NUMBER<br>LIN*000863541 | RECEIVED DATE: January 27, 2006 | PRIORITY DATE: January 27, 2006 | PAGE: 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
ASAD ALI
1466 WALNUT CIR
CAROL STREAM IL 60188

PAYMENT INFORMATION:

Single Application Fee: $400.00
Total Amount Received: $400.00
Total Balance Due: $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth: November 03, 1979
Address Where You Live: 1466 WALNUT CIR
CAROL STREAM IL 60188

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

INS Customer Service N
(800) 375-5283

APPLICANT COPY

EXHIBIT I

LIN S000811557

Form I-797C (Rev. 01/31/05) N