# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Fingerprint Notification | **NOTICE DATE** February 10, 2006 |
| **CASE TYPE** N400  Application For Naturalization | **INS A#** A 047 701 899 |
| **APPLICATION NUMBER** LIN*000863541 | **RECEIVED DATE** January 27, 2006 | **PRIORITY DATE** January 27, 2006 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

ASAD ALI
1466 WALNUT CIR
CAROL STREAM IL 60188

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS NAPERVILLE  888 SOUTH ROUTE 59  #124  NAPERVILLE IL 60540 | 02/28/2006  11:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon   ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS NAPERVILLE
888 SOUTH ROUTE 59
#124
NAPERVILLE IL 60540

If you have any questions regarding this notice, please call 1-800-375-5283.

**APPLICATION NUMBER**
LIN*000863541

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or the fingerprint worksheet should accompany you.*

EXHIBIT J

Form I-797C (Rev. 01/31/05) N