AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Asad ALI

V.

Michael B. MUKASEY, et. al.

CASE NUMBER: **07 C 7115**

ASSIGNED JUDGE:

**JUDGE CASTILLO**

DESIGNATED MAGISTRATE JUDGE:

**MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Assistant U.S. Attorney
Patrick Fitzgerald
Dirksen Federal Building
219 S. Dearborn Street, Fifth Floor
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sara E. Herbek
AzulaySeiden Law Group
205 N. Michigan Avenue, 40th Floor
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*

**(By) DEPUTY CLERK**

**December 19, 2007**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 12/28/2007 |
| NAME OF SERVER (PRINT) Sara E. Herbek | TITLE | Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Via certified mail signed for the Assistant U.S. Attorney, Patrick Fitzgerald.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/07/2008     _Sara Elizabeth Herbek_
                Date              Signature of Server

Address of Server
**AZULAYSEIDEN LAW GROUP**
205 N. Michigan Avenue
40th Floor
Chicago, Illinois 60601
ph. 312.832.9200
www.azulayseiden.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.