AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Asad ALI

V.

Michael B. MUKASEY, et. al.

CASE NUMBER: **07 C 7115**

ASSIGNED JUDGE:

**JUDGE CASTILLO**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Acting Director of USCIS
Emilio Gonzalez
Office of Chief Counsel
U.S. Dept. of Homeland Security
20 Massachusetts Ave., NW Rm. 4025
Washington, D.C. 20236

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sara E. Herbek
AzulaySeiden Law Group
205 N. Michigan Avenue, 40th Floor
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/_
(By) DEPUTY CLERK

December 19, 2007
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/31/2007 |
| NAME OF SERVER (PRINT) Sara E. Herbek | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Via certified mail and received by the defendant on 12/31/2007.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/10/2008     _Signature of Server_
          Date

AzulaySeiden Law Group
Address of Server
205 N. Michigan Avenue
40th Floor
Chicago, Illinois 60601
ph. 312.832.9200
www.azulayseiden.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.