## NOTICE OF FILING

TO: Assistant U.S. Attorney
Ann Wallace
Dirksen Federal Building
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
**Via Certified Mail**

PLEASE TAKE NOTICE that on January 31, 2008, Petitioner filed with the United States District Court for the Northern District of Illinois, the Parties' Joint Initial Status Report.

s/ Sara E. Herbek
Sara E. Herbek
Attorney for Plaintiff
AzulaySeiden Law Group
205 N. Michigan Avenue, 40th Floor
Chicago, Illinois 60601

1