IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Asad ALI ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael B. MUKASEY, et al., ) <br> ) <br> Defendants. ) <br> ) | 07 C 7115 <br><br> Honorable Judge Ruben Castillo |

## AGREED MOTION TO VOLUNTARILY DISMISS WITH LEAVE TO REINSTATE

NOW COMES Plaintiff, Asad Ali (Asad), by and through his attorneys, the AzulaySeiden Law Group, and requests this Court voluntarily dismiss the pending action with leave to reinstate within 60 days for the following reasons:

1. On December 18, 2007, Asad filed a Petition for Hearing on Naturalization Application with this Court alleging that Defendants had not conformed to their duty to compel action on his Application for Naturalization ("N-400") properly filed with the United States Citizenship and Immigration Service ("USCIS").

2. Since that date, the USCIS has acted on his case by scheduling him for a Naturalization Oath Ceremony.

3. That the underlying reason for filing this Petition for Hearing on Naturalization Application is now moot.

WHEREFORE, Asad requests that the Petition for Hearing on Naturalization Application filed in this matter is voluntarily dismissed with leave to reinstate within 60 days.

>Respectfully submitted,
>ASAD ALI
>
>
>s/ Sara E. Herbek_____
>Sara E. Herbek
>AzulaySeiden Law Group
>205 N. Michigan Avenue, 40th Floor
>Chicago, Illinois 60601
>312.832.9200 (ph)
>312.832.9212 (fx)
>sherbek@azulayseiden.com