**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Asad ALI,  Plaintiff, <br><br> v. <br><br> Michael B. MUKASEY, et al., <br><br> Defendants. | 07 C 7115 <br><br> Honorable Judge Ruben Castillo |

**NOTICE OF MOTION**

TO: Assistant U.S. Attorney
Ann Wallace
Dirksen Federal Building
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on March 11, 2008, at 9:45 a.m., or soon thereafter as Counsel may be heard, we shall appear before the Honorable Judge Ruben Castillo, or any judge sitting in his stead, in Courtroom 2141 of the United States Courthouse in Chicago, Illinois, and then and there present the **Agreed Motion to Voluntarily Dismiss with Leave to Reinstate**, a copy which is attached hereto and served upon you.

> AzulaySeiden Law Group
> Attorneys for the Plaintiff
> 205 N. Michigan Avenue – 40th Floor
> Chicago, Illinois 60601
> 312.832.9200 (ph)
> 312.832.9212 (fx)
> www.azulayseiden.com

## **CERTIFICATE OF SERVICE**

      I, Sara E. Herbek, an attorney, do hereby certify that I caused a copy of the **Agreed Motion to Voluntarily Dismiss with Leave to Reinstate**, to be served upon the individual identified above and of all parties of record by electronic filing, hand or mail delivery on March 4, 2008, before the hour of 5:00 p.m.

      s/ Sara E. Herbek_____
Sara E. Herbek
AzulaySeiden Law Group
205 N. Michigan Avenue, 40th Floor
Chicago, Illinois 60601
312.832.9200 (ph)
312.832.9212 (fx)
sherbek@azulayseiden.com