# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Asad Ali

                                  Plaintiff,

v.                                              Case No.: 1:07−cv−07115

                                                              Honorable Ruben Castillo

Michael B. Mukasey, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge Ruben Castillo :Plaintiff's agreed motion to voluntarily dismiss with leave to reinstate [23] is granted. This case is hereby dismissed with leave to reinstate on or before 5/5/2008. Status hearing set for 3/14/2008 is vacated. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.